Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUAN HOANG DAO | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 25-CV-5 |
| v. | |
| PAM BONDI, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Petition is dismissed without prejudice.

Date: March 26, 2025                                        MARY C. LOEWENGUTH
                                                            CLERK OF COURT

                                                            By: s/ Colin
                                                                 Deputy Clerk